IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX ALBINO DE LOS SANTOS, | ) | |
| *Plaintiff,* | ) | Case No. 3:26-cv-1705 |
| v. | ) | |
| ACTING FIELD DIRECTOR OF PENNSYLVANIA FIELD OFFICE AND CUSTOMS ENFORCEMENT ET AL, | ) ) ) | District Judge Mark R. Hornak |
| *Defendants.* | | |

**<u>DEFICIENCY ORDER</u>**

Petitioner Alex Albino De Los Santos ("Petitioner") is an immigration detainee currently incarcerated at Moshannon Valley Processing Center ("MVPC"). Petitioner submitted a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition"), which was received by this Court on August 27, 2026. (Docket No. 1). The Petition was submitted to the Clerk of Court without a check, money order, or motion for leave to proceed in forma pauperis to cover the $5.00 filing fee. Accordingly, the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or the Local Rules for the Western District of Pennsylvania. The submission of the Petition is deficient in the following respects:

_X_ Failure to pay the required filing fee or to complete the Court's form motion for leave to proceed in forma pauperis. Petitioner must pay the full filing fee or move for leave to proceed in forma pauperis. A copy of this order and a blank copy of the Court's form motion to proceed in forma pauperis will be mailed to Petitioner at his address of record.

AND NOW, this 1st day of September, 2026,

IT IS HEREBY ORDERED that (1) the full $5.00 filing fee or (2) a form motion for leave to proceed in forma pauperis be provided to: Clerk of Court, U.S. Courthouse, 208 Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901;

IT IS FURTHER ORDERED that Petitioner may reopen this matter by satisfying the filing deficiencies as outlined above by September 29, 2026; IT IS FURTHER ORDERED that failure to follow this Court's Orders, including the deadline set forth herein, may result in sanctions including dismissal for failure to prosecute; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED WITHOUT PREJUDICE.

BY THE COURT:

s/ Mark R. Hornak
MARK R. HORNAK
UNITED STATES DISTRICT JUDGE